**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

Mohawk USA LLC,

                Plaintiff,

    vs.

Hut Global, Inc. DBA Volume Cases,

                Defendant.

Civil Action No.:
    1:17-cv-01388-TSE-IDD

Judge T.S. Ellis, III

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mohawk USA LLC hereby stipulates to dismissal of all claims in this action.

Dated: January 2, 2018

Respectfully submitted,

 /Benjamin E. Maskell/           
Benjamin E. Maskell (VSB No. 78,791)
ben@MaskellLaw.com
MASKELL LAW PLLC
888 N. Quincy St. Suite 701
Arlington, VA 22203
Phone:  703-568-4523

*Counsel for Plaintiff Mohawk USA LLC*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on this 2nd day of January, 2018, a copy of the foregoing

document was served via electronic mail on:

> Jonathan Hudis (VA Bar No. 38068)
> QUARLES & BRADY LLP
> 1701 Pennsylvania Avenue, NW, Suite 700
> Washington, DC 20006
> Tel: (202) 372-9528
> Jonathan.Hudis@quarles.com
>
> *Attorney for Defendant Volume Cases, Inc.*

Dated: January 2, 2018                   _/Benjamin E. Maskell/_____
                                                    Benjamin E. Maskell